Petition for Writ of Mandamus
Denied and Memorandum Opinion filed January 5, 2010.

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-09-01071-CV

____________

 

IN RE MEMORIAL HERMANN HEALTHCARE SYSTEM AND MEMORIAL HERMANN
HOSPITAL SYSTEM, Relators

 

 

 

 



ORIGINAL PROCEEDING

WRIT OF MANDAMUS

 

 

 



M E M O R
A N D U M   O P I N I O N

            On December 28, 2009, relators, Memorial Hermann Healthcare
System and Memorial Hermann Hospital System, filed a petition for writ of
mandamus in this court.  See Tex. Gov’t Code Ann. § 22.221 (Vernon
2004); see also Tex. R. App. P. 52.  In the petition, relators ask this
court to compel the Honorable Al Bennett, presiding judge of the 61st District
Court of Harris County, to set aside his December 14, 2009 ruling overruling
relators’ objection to the admission of settlement documents into evidence at
trial.  

            Relators have not established their entitlement to the
extraordinary relief of a writ of mandamus.  Accordingly, we deny relators’
petition for writ of mandamus. 

 

                                                                        PER
CURIAM

 

 

Panel
consists of Justices Yates, Anderson, and Christopher.